*In re* **MOLL**, Kenneth Brian (MR 20918)
Chicago, IL

Order of the Court:

The petition by respondent Kenneth Brian Moll for leave to file exceptions to the report and recommendation of the Review Board is allowed. Respondent is suspended from the practice of law for 60 days. Suspension effective October 11, 2006. Respondent Kenneth Brian Moll shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.